UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHARLENE MORISSEAU,

                    Plaintiff,

-against-                          10 Civ. 0156 (LAK)

DLA PIPER L.L.P. (U.S.), etc.,

                    Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

      A request by defendant to approve a briefing schedule for a motion to dismiss the complaint, to which no response had been made by the plaintiff, was pending when this action was transferred from the Eastern District of New York. As the proposed date for the for the filing of the motion was December 21, the precise schedule proposed no longer is practical.

      Defendant's motion to dismiss shall be filed no later than January 25, 2010. Plaintiff's opposition, if any, shall be filed no later than February 15, 2010. Defendant's reply papers, if any, shall be filed no later than March 3, 2010.

      SO ORDERED.

Dated:      January 11, 2010

                                              Lewis A. Kaplan
                                         United States District Judge